Daniel Rodriguez, #096625
Joel T. Andreesen, #152254
Charles R. Chapman, #115505
Rodriguez & Associates
2020 Eye Street
Bakersfield, CA  93301
Telephone: (661) 323-1400
Facsimile: (661) 323-0132
Attorneys for Plaintiffs, MIGUEL HERNANDEZ and MARIA HERNANDEZ

(SPACE BELOW FOR FILING STAMP ONLY)

Gordon M. Park, # 072190
Christopher Lozano, #177524
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300
Email:    Gordon.Park@mccormickbarstow.com
Email:    chris.lozano@mccormickbarstow.com

Attorneys for Defendant,
TRINITY TRAILER MANUFACTURING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MIGUEL HERNANDEZ and MARIA HERNANDEZ,<br><br>            Plaintiffs,<br><br>    v.<br><br>TRINITY TRAILER MFG., INC., and DOES 1 to 100,<br><br>            Defendants. | Case No.  1:08-CV-1046-LJO-SMS<br><br>**ORDER REGARDING STIPULATION OF DISMISSAL** |

///

///

///

///

[PROPOSED] ORDER REGARDING STIPULATION OF DISMISSAL

1

Based on the parties' Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1), this Court DISMISSES this entire action with prejudice, each party to bear its own fees and costs.

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated: October  22, 2008                      ____/s/ Lawrence J. O'Neill___
                                              LAWRENCE J. O'NEILL
                                              UNITED STATES DISTRICT JUDGE